# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER SALVADOR CRUZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DHO - ICE,<br><br>　　　　Respondent. | Case No.: 1:18-cv-00730-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATION TO DISMISS PETITION<br><br>[FOURTEEN DAY DEADLINE] |

　　Petitioner filed the instant federal habeas petition in this Court on May 29, 2018. A preliminary screening of the petition revealed that it failed to present any cognizable grounds for relief or any facts in support and failed to name a proper respondent. Therefore, the Court dismissed the petition and granted Petitioner thirty days to file an amended petition. Over thirty days have passed and Petitioner has failed to comply. He was forewarned that failure to comply would result in dismissal of the action.

**ORDER**

　　The Clerk of Court is DIRECTED to assign a District Judge to the case.

**RECOMMENDATION**

　　Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be DISMISSED for failure to state a claim and failure to name a proper respondent.

1

| | |
|---|---|
| 1 | This Findings and Recommendation is submitted to the United States District Court Judge |
| 2 | assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the |
| 3 | Local Rules of Practice for the United States District Court, Eastern District of California. Within |
| 4 | fourteen days after being served with a copy of this Findings and Recommendation, Petitioner may file |
| 5 | written objections with the Court. Such a document should be captioned "Objections to Magistrate |
| 6 | Judge's Findings and Recommendation." The Court will then review the Magistrate Judge's ruling |
| 7 | pursuant to 28 U.S.C. § 636 (b)(1)(C). Petitioner is advised that failure to file objections within the |
| 8 | specified time may waive the right to appeal the Order of the District Court. Martinez v. Ylst, 951 |
| 9 | F.2d 1153 (9th Cir. 1991). |

IT IS SO ORDERED.

    Dated: **August 23, 2018**           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE